

**MELISSA R. HYATT**
Chief of Police

**BALTIMORE COUNTY POLICE**

Headquarters
700 E. Joppa Road
Towson, MD 21286
410.887.2214
Fax 410.821.8887
bcopd@baltimorecountymd.gov
www.baltimorecountymd.gov/police

Integrity...Fairness...Service

December 15, 2021

Mr. Shamdu C. Nalls
2671 Hanover Pike
Hampstead, MD 21074

Re: IAS Case# 2020-007

Dear Mr. Nalls,

A complete investigation has been conducted into your complaint filed on January 28, 2020. The investigation determined that the officer was in violation of Departmental Rules and Regulations. Corrective administrative action will be initiated.

It is my sincere desire that your future contacts with the Baltimore County Police Department be of a favorable nature.

Should you have any further questions regarding this matter, please contact the commanding officer in charge of the investigation, Lieutenant Eric Cross, at 410-887-2300.

Sincerely,

*Captain David Trivett*

Captain David Trivett
Commander
Internal Affairs Section

CC: File

CALEA
Nationally Accredited

**PLAINTIFF'S EXHIBIT**
1